IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-mj-333 **SEALED**

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER SEALING AFFIDAVIT** |
| MARCUS JAMAL SHANKLE | |

UPON MOTION of the United States of America for an order directing that the Affidavit any other related documents, the Motion to Seal, and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Affidavit and any other related be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to timothy.sielaff@usdoj.gov).

SO ORDERED this 24th day of October 2024.

_Susan C. Rodriguez_
Susan C. Rodriguez
United States Magistrate Judge