**SHANKLE, MARCUS JAMAL**



Arrest #: 1913955
PID: 0000322208
JID: 24-082398
DOB: 11/17/1989
Race/Sex: B/M
Height: 6'02"
Weight: 220
Alias:
Address:
Status: STATE INMATE
Housing: Not Active
By:
Commited: 10/23/2024 7:55 PM
Released: 11/18/2024 10:48 AM

**SHANKLE, MARCUS JAMAL**

Alias:

Arrest #: 1913955

Prisoner Type: STATE INMATE

PID: 0000322208

JID: 24-082398

DOB: 11/17/1989

Race / Sex: B/M

Height: 6'02"   Weight: 220

Address:

Commited: 10/23/2024   7:55 PM

Released: 11/18/2024   10:48 AM