United States District Court
Western District of North Carolina Charlotte Division

FILED
CHARLOTTE, NC
JAN 20 2026
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA

VS

MARCUS J. SHANKLE

CASE NO. 3:24-CR-237

---

**EX PARTE MOTION FOR AUTORIZATION TO EMPLOY A PRIVATE INVESTIGATOR**

I, Marcus J. Shankle, am requesting to employ a Private Investigator for the following reasons.

1.) I've been on at least four (4) consecutive seven-day period 24 hour unjust, discrimination, segregated, secluded lockdowns with all phone privileges and visits taken so that I can't communicate for my defense. I need the Private Investigator to do three (3) important things for my case.

Thank you for your time and consideration for this request.

Sincerely,

Marcus J. Shankle
*/s/ Marcus Shankle/*

Columbia Regional Care Center
#786521
7901 Farrow Rd.
Columbia, SC 29203