Hand-Delivered

FILED
CHARLOTTE, NC

JAN 20 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# United States District Court

## Western District of North Carolina Charlotte Division

UNITED STATES OF AMERICA

VS

MARCUS J. SHANKLE

CASE NO. 3:24-CR-237

---

### MOTION FOR SUBSTITUTION OF STANDBY COUNSEL

I, Marcus J. Shankle, am requesting to be appointed a new standby counsel for the following reasons.

1.) I haven't saw any of my discovery in at least the last nine months.
2.) I saw none of the new discovery neither time that it came out in the last nine months.
3.) She says we can go over the discovery when she's done with trial, but that one month isn't going to be enough time for me.
4.) My number one goal is my freedom. Her and I don't share that same interest because she didn't put in my detention hearing appeal when I asked her to and she didn't go to the D.A. with the proposal that I asked her to or either she didn't come back to me with a response.
5.) There are two very important parts in my case, she tells me that I don't have to worry about that I do have to worry about because of me going through this process before in the past, which will cause me extra time or possibly a conviction.

Thank you for your time and consideration for this request.

Sincerely,

Marcus J. Shankle
*Marcus Shankle*

Columbia Regional Care Center
#786521
7901 Farrow Rd.
Columbia, SC 29203